No. 1180. MILLER v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. (Certiorari granted, 383 U. S. 965.) Motion of petitioner for appointment of counsel granted. It is ordered that *Charles Horowitz, Esquire,* of Seattle, Washington, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 1379, Misc. WHITE v. NEW JERSEY STATE PAROLE BOARD. Motion for leave to file petition for writ of certiorari denied.

No. 1397, Misc. MILLIGAN v. WILSON, WARDEN; and
No. 1432, Misc. ENDICOTT v. OHIO. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1371, Misc. CAUSEY v. UNITED STATES;
No. 1376, Misc. HOUSE v. DAVIS ET AL.; and
No. 1389, Misc. SKOLNICK v. JUDICIAL COUNCIL OF THE SEVENTH CIRCUIT OF THE UNITED STATES. Motions for leave to file petitions for writs of mandamus denied.